[79 NE3d 1125, 57 NYS3d 462]

In the Matter of New York City Asbestos Litigation.

Dorcas Hackshaw, Individually and as Executrix of Selwyn A. Hackshaw, Deceased, Appellant, v ABB, Inc., as Successor in Interest to ITE Circuit Breakers, Inc., et al., Defendants, and Crane Co., Respondent.

Decided June 22, 2017

**APPEARANCES OF COUNSEL**

*Weitz & Luxenberg, P.C.*, New York City (*Alani Golanski* of counsel), for appellant.

*K&L Gates LLP*, New York City (*Eric R.I. Cottle* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and judgment absolute dismissing the complaint granted upon plaintiff's stipulation. Plaintiff has failed to demonstrate that the Appellate Division's reversal involved an error of law and, therefore, this Court is bound to affirm and render judgment absolute (*see* CPLR 5615).

Concur: Chief Judge DiFIORE and Judges RIVERA, STEIN, FAHEY, GARCIA and WILSON. Taking no part: Judge FEINMAN.